# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,649,527
Registered July 7, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# APPFOLIO

APPFOLIO, INC. (DELAWARE CORPORATION)
55 CASTILIAN DRIVE
GOLETA, CA 93117

FOR: PROVIDING SUBSCRIPTION-BASED ON-LINE USE OF NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN BUSINESS OPERATIONS, ACCOUNTING, INVENTORY MANAGEMENT, MARKETING, AND FOR USE IN GENERAL OFFICE FUNCTIONS, NAMELY, DATA MIGRATION, GENERATING REPORTS, DATABASE MANAGEMENT, OR RESIDENCE INVENTORY MANAGEMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2007; IN COMMERCE 6-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-457,929, FILED 4-25-2008.

GISELLE AGOSTO, EXAMINING ATTORNEY