# EXHIBIT B

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Servicemark Form, Supplemental Register

Serial Number: 85437309
Filing Date: 10/02/2011

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85437309 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT11\IMAGEOUT 11\854\373\85437309\xml1\ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | appafolio |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) green, white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word 'appafolio', where 'appa' is in a green color and 'folio' is in white/gray. 'appafolio' is all lowercase. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 221 x 56 |
| REGISTER | Supplemental |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Treemo, Inc. |
| *STREET | 101 Yesler Way #207 |
| *CITY | Seatte |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 98104 |

| | |
|---|---|
| PHONE | 2066505170 |
| FAX | 2062602904 |
| EMAIL ADDRESS | brent@treemolabs.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://www.treemolabs.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Washington |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | |
| *IDENTIFICATION | Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features.; Computer software that provides web-based access to applications and services through a web operating system or portal interface. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/11/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/27/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\854\373\85437309\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | This is a screen grab of the website www.appafolio.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Treemo, Inc. |
| FIRM NAME | Treemo, Inc. |
| STREET | 101 Yesler Way #207 |

| CITY | Seatte |
|---|---|
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98104 |
| PHONE | 2066505170 |
| FAX | 2062602904 |
| EMAIL ADDRESS | brent@treemolabs.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /brentbrookler/ |
| SIGNATORY'S NAME | Brent Brookler |
| SIGNATORY'S POSITION | CEO |
| DATE SIGNED | 10/02/2011 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Servicemark Form, Supplemental Register

**Serial Number: 85437309**
**Filing Date: 10/02/2011**

## To the Commissioner for Trademarks:

**MARK:** appafolio (stylized and/or with design, see mark)

The literal element of the mark consists of appafolio.
The color(s) green, white is/are claimed as a feature of the mark. The mark consists of the word 'appafolio', where 'appa' is in a green color and 'folio' is in white/gray. 'appafolio' is all lowercase.
The applicant, Treemo, Inc., a corporation of Washington, having an address of
   101 Yesler Way #207
   Seatte, Washington 98104
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class _____: Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features.; Computer software that provides web-based access to applications and services through a web operating system or portal interface.


In International Class _____, the mark was first used at least as early as 05/11/2011, and first used in commerce at least as early as 05/27/2011, and is now in use in such commerce.The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) This is a screen grab of the website www.appafolio.com . Specimen File1


For informational purposes only, applicant's website address is: http://www.treemolabs.com

   The applicant's current Correspondence Information:
      Treemo, Inc.
      Treemo, Inc.

101 Yesler Way #207
Seatte, Washington 98104
2066505170(phone)
2062602904(fax)
brent@treemolabs.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. §1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /brentbrookler/   Date Signed: 10/02/2011
Signatory's Name: Brent Brookler
Signatory's Position: CEO


RAM Sale Number: 10748
RAM Accounting Date: 10/03/2011

Serial Number: 85437309
Internet Transmission Date: Sun Oct 02 17:51:54 EDT 2011
TEAS Stamp: USPTO/SUP-24.17.227.24-20111002175154297
554-85437309-48044dfc0a35d6d968adfffef9ea
cca34180-CC-10748-20111002173940295658



