# EXHIBIT C

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA469573** |
| Filing date: | **04/27/2012** |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | APPFOLIO, INC. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | DELAWARE |
| Address | 50 Castillian Dr.<br>Goleta, CA 92117<br>UNITED STATES | | |

| Attorney information | Douglas Q. Hahn<br>STRADLING YOCCA CARLSON & RAUTH<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>UNITED STATES<br>dhahn@sycr.com Phone:(949) 725-4138 |
|---|---|

## Applicant Information

| Application No | 85437309 | Publication date | 04/03/2012 |
|---|---|---|---|
| Opposition Filing Date | 04/27/2012 | Opposition Period Ends | 05/03/2012 |
| Applicant | Treemo, Inc.<br>101 Yesler Way #207<br>Seatte, WA 98104<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 009. First Use: 2011/05/11 First Use In Commerce: 2011/05/27
All goods and services in the class are opposed, namely: Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface

## Grounds for Opposition

| False suggestion of a connection | Trademark Act section 2(a) |
|---|---|
| Priority and likelihood of confusion | Trademark Act section 2(d) |

## Mark Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 3649527 | Application Date | 04/25/2008 |
|---|---|---|---|

| Registration Date | 07/07/2009 | Foreign Priority Date | NONE |
|---|---|---|---|
| Word Mark | APPFOLIO | | |

| Design Mark | |
|---|---|
| | # APPFOLIO |

| Description of Mark | NONE |
|---|---|
| Goods/Services | Class 042. First use: First Use: 2007/06/00 First Use In Commerce: 2007/06/00 |
| | Providing subscription-based on-line use of non-downloadable computer software for use in business operations, accounting, inventory management, marketing, and for use in general office functions, namely, data migration, generating reports, database management, or residence inventory management |

| Attachments | 77457929#TMSN.jpeg ( 1 page )( bytes ) |
|---|---|
| | Notice of Opposition.pdf ( 5 pages )(410955 bytes ) |
| | Exh A - APPFOLIO Certificate of Registration.pdf ( 1 page )(26372 bytes ) |
| | Exh B - Appafolio application Supplemental Register.pdf ( 7 pages )(156444 bytes ) |
| | Exh C - OA ROA EA NOP.pdf ( 17 pages )(1177597 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Douglas Q. Hahn/ |
|---|---|
| Name | Douglas Q. Hahn |
| Date | 04/27/2012 |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 85/437,309
Filed:  October 2, 2011
Mark:  APPAFOLIO (stylized)
Published in the Official Gazette on April 3, 2012

| | | |
|---|---|---|
| APPFOLIO, INC., | ) | |
| | ) | |
| Opposer, | ) | Opposition No.: |
| | ) | |
| v. | ) | |
| | ) | |
| TREEMO, INC., | ) | |
| | ) | |
| Applicant. | ) | |
| | ) | |

### CERTIFICATE OF DEPOSIT

I hereby certify that this correspondence is being deposited electronically with the Trademark Trial and Appeal Board on the date shown below.

Dated: 4/27/2012

Arnold V. Mina
Arnold Mina

## NOTICE OF OPPOSITION

AppFolio, Inc., a Delaware corporation, having an address of 50 Castillian Dr., Goleta, California 92117 ("Opposer"), who is a business software services provider, believes that it will be damaged by registration of the above-identified mark, APPAFOLIO (stylized), for "Computer hardware and computer software programs for the integration of text, audio, graphics, still images and

LITIOC/2042347v1/100382-0004

moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface," in International Class 09, filed by Treemo, Inc. ("Applicant") and hereby opposes the same.

This Notice of Opposition has been timely filed, wherein the time in which to oppose Applicant's mark expires on May 3, 2012.

As grounds for its Opposition, Opposer alleges as follows:

1. Opposer is and has been engaged in the provision of business software services, namely, providing subscription-based on-line use of non-downloadable computer software for use in business operations, accounting, inventory management, marketing, and for use in general office functions, namely, data migration, generating reports, database management, or residence inventory management.

2. Since June 1, 2007, Opposer has developed and provided business management software services under its APPFOLIO mark and has made use of the same mark as set forth in U.S. Registration No. 3,649,527, (the "APPFOLIO registration;" see Exhibit A), and has earned favorable recognition and acceptance among businesses nationwide.

3. Opposer has expended considerable time and money in exerting every effort to maintain the highest standard of quality for its goods and services, and has created valuable goodwill among enterprise companies under its APPFOLIO mark and trade name (the "APPFOLIO Mark" or the

"Mark").  Opposer has also expended considerable money, time and energy in promoting and advertising its software services under the APPFOLIO Mark.

4.      As a result of Opposer's advertisement, activity in the industry, and continuous and extensive use of the APPFOLIO Mark, Opposer's Mark has become favorably recognized and relied upon as an indicator of quality business software services provider.  Opposer's Mark has, therefore, developed tremendously valuable good will in the minds of the relevant consumers.  Opposer's Mark and the goodwill of its business have become some of its most valuable assets.

5.      As a result of the foregoing, Opposer has acquired extensive rights in its APPFOLIO Mark for the goods and services identified in its APPFOLIO Registration.

6.      Applicant seeks to register APPAFOLIO (stylized), U.S. Trademark Application No. 85/437,309, as a design mark for "Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface" in International Class 09 (the "APPAFOLIO Application").

7.      Applicant originally applied the APPAFOLIO Application in the Supplemental Register presumably to circumvent the formal Opposition stage, and to avoid any oppositions filed against the application. Copy of the original APPAFOLIO Application in the Supplemental Register is attached as Exhibit B.

8.      On January 23, 2012, Application was refused registration in the Supplemental Register by the USPTO Examiner. In response to the refusal, Applicant requested the mark to register in the Principal Register on February 28, 2012. The APPAFOLIO Application was published on April 3, 2012. Copies of the Office Action, Response to the Office Action, Examiner's Amendment, Notice of Publication, and the actual publication in the Official Gazette are attached hereto as Exhibit C.

9.      Applicant has no license, consent or permission from Opposer to use or register the APPFOLIO trademark or any variations thereof.

10.      Upon information and belief, Applicant has also used Opposer's "APPFOLIO" on their marketing materials to identify Applicant's goods and services;

11.      Applicant's mark is likely to cause confusion with Opposer's Mark.  The mark sought to be registered, namely, APPAFOLIO, appropriates a significant portion of Opposer's APPFOLIO trademark.  As such, Applicant's mark so resembles Opposer's Mark that, when used on or in connection with Applicant's goods and services, it is likely to cause confusion in, or to cause mistake by, or to deceive the public into believing that Applicant's goods and services originate with Opposer or otherwise are authorized, licensed or sponsored by Opposer, with consequent injury to the Opposer, the consuming public and the trade.

12.      In view of the relatedness of Applicant's goods and services and Opposer's goods and services, the respective goods and services are likely to be rendered, advertised and promoted through the same channels of trade.  Accordingly, the trade and public are likely to perceive that the goods and services offered under the APPAFOLIO Application are related to or associated with Opposer's APPFOLIO Mark.  Thus, Applicant's APPAFOLIO Application used in connection with their goods in Class 09 is likely to cause confusion, mistake and deception with consequent injury to Opposer, the trade and the public.

4

13.    By reason of all the foregoing, Opposer will be gravely damaged by the registration of Applicant's APPAFOLIO Application, given the similarity of the marks themselves, as well as the relatedness of their respective goods and services, and because registration of that mark would be contrary to or conflicting with Opposer's trademark rights.

WHEREFORE, Opposer prays that this Notice of Opposition be sustained in favor of Opposer and the APPAFOLIO Application (Serial No. 85/437,309) be denied registration.

Opposer's representative authorizes the charging of the $300 filing fee and any necessary additional fees to Deposit Account No. 50-1329.

Date: Apl 27, 2012

Respectfully submitted,

By: _____
Douglas Q. Hahn, Esq.
Attorneys for Opposer

STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Tel:      949-725-4000
Fax:      949-725-4100
E-mail:   dhahn@sycr.com

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,649,527

Registered July 7, 2009

**SERVICE MARK**
**PRINCIPAL REGISTER**

# APPFOLIO

APPFOLIO, INC. (DELAWARE CORPORATION)
55 CASTILIAN DRIVE
GOLETA, CA 93117

FOR: PROVIDING SUBSCRIPTION-BASED ON-LINE USE OF NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN BUSINESS OPERATIONS, ACCOUNTING, INVENTORY MANAGEMENT, MARKETING, AND FOR USE IN GENERAL OF-FICE FUNCTIONS, NAMELY, DATA MIGRATION, GENERATING REPORTS, DATABASE MANAGE-MENT, OR RESIDENCE INVENTORY MANAGE-MENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2007; IN COMMERCE 6-0-2007.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-457,929, FILED 4-25-2008.

GISELLE AGOSTO, EXAMINING ATTORNEY

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Servicemark Form, Supplemental Register

### Serial Number: 85437309
### Filing Date: 10/02/2011

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85437309 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT11\IMAGEOUT 11\854\373\85437309\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | appafolio |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) green, white is/are claimed as a feature of the mark. |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the word 'appafolio', where 'appa' is in a green color and 'folio' is in white/gray. 'appafolio' is all lowercase. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 221 x 56 |
| **REGISTER** | Supplemental |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Treemo, Inc. |
| **\*STREET** | 101 Yesler Way #207 |
| **\*CITY** | Seatle |
| **\*STATE** (Required for U.S. applicants) | Washington |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 98104 |

| PHONE | 2066505170 |
|---|---|
| FAX | 2062602904 |
| EMAIL ADDRESS | brent@treemolabs.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://www.treemolabs.com |

## LEGAL ENTITY INFORMATION

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Washington |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| INTERNATIONAL CLASS | |
|---|---|
| *IDENTIFICATION | Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features.; Computer software that provides web-based access to applications and services through a web operating system or portal interface. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/11/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/27/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\854\373\85437309\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | This is a screen grab of the website www.appafolio.com |

## CORRESPONDENCE INFORMATION

| NAME | Treemo, Inc. |
|---|---|
| FIRM NAME | Treemo, Inc. |
| STREET | 101 Yesler Way #207 |

| | |
|---|---|
| **CITY** | Seatte |
| **STATE** | Washington |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 98104 |
| **PHONE** | 2066505170 |
| **FAX** | 2062602904 |
| **EMAIL ADDRESS** | brent@treemolabs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /brentbrookler/ |
| **SIGNATORY'S NAME** | Brent Brookler |
| **SIGNATORY'S POSITION** | CEO |
| **DATE SIGNED** | 10/02/2011 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Servicemark Form, Supplemental Register

**Serial Number: 85437309**
**Filing Date: 10/02/2011**

## To the Commissioner for Trademarks:

**MARK:** appafolio (stylized and/or with design, see mark)

The literal element of the mark consists of appafolio.
The color(s) green, white is/are claimed as a feature of the mark. The mark consists of the word 'appafolio', where 'appa' is in a green color and 'folio' is in white/gray. 'appafolio' is all lowercase.
The applicant, Treemo, Inc., a corporation of Washington, having an address of
    101 Yesler Way #207
    Seatte, Washington 98104
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class _____: Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features.; Computer software that provides web-based access to applications and services through a web operating system or portal interface.

In International Class _____, the mark was first used at least as early as 05/11/2011, and first used in commerce at least as early as 05/27/2011, and is now in use in such commerce.The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) This is a screen grab of the website www.appafolio.com . Specimen File1

For informational purposes only, applicant's website address is: http://www.treemolabs.com

The applicant's current Correspondence Information:
    Treemo, Inc.
    Treemo, Inc.

101 Yesler Way #207
Seatte, Washington 98104
2066505170(phone)
2062602904(fax)
brent@treemolabs.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. §1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /brentbrookler/   Date Signed: 10/02/2011
Signatory's Name: Brent Brookler
Signatory's Position: CEO



RAM Sale Number: 10748
RAM Accounting Date: 10/03/2011

Serial Number: 85437309
Internet Transmission Date: Sun Oct 02 17:51:54 EDT 2011
TEAS Stamp: USPTO/SUP-24.17.227.24-20110021754297
554-85437309-48044dfc0a35d6d968adffef9ea
cca34180-CC-10748-20111002173940295658





 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Mar 14, 2012

## NOTICE OF PUBLICATION

1. Serial No.:
   85-437,309

2. Mark:
   APPAFOLIO
   (STYLIZED/DESIGN)

3. International Class(es):
   9

4. Publication Date:
   Apr 3, 2012

5. Applicant:
   Treemo, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Email Address(es):

brent@treemolabs.com

| To: | Treemo, Inc. (brent@treemolabs.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85437309 - APPAFOLIO - N/A |
| Sent: | 2/28/2012 11:37:08 AM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85437309

**MARK**: APPAFOLIO

# *85437309*

**CORRESPONDENT ADDRESS**:
TREEMO, INC.
TREEMO, INC.
101 YESLER WAY STE 207
SEATTLE, WA 98104-2595

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:      Treemo, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**: N/A

**CORRESPONDENT E-MAIL ADDRESS**:
brent@treemolabs.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 2/28/2012**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** The trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

Applicant seeks registration on the Principal Register.

/James Ringle/
Trademark Attorney
Law Office 111
571-272-9393
jim.ringle@uspto.gov


**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  If TARR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

| | |
|---|---|
| **To:** | Treemo, Inc. (brent@treemolabs.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85437309 - APPAFOLIO - N/A |
| **Sent:** | 2/28/2012 11:37:10 AM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO LETTER (AN OFFICE ACTION) HAS ISSUED ON 2/28/2012 FOR SERIAL NO. 85437309

Please follow the instructions below:

**TO READ OFFICE LETTER:** Click on this **link** **or** go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office letter

**PLEASE NOTE:** The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**HELP:** For *technical* assistance in accessing the Office correspondence, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office letter.

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85437309 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 009 |
| **DESCRIPTION** | |
| Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 05/11/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/27/2011 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 009 |
| **DESCRIPTION** | |
| Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal | |

interface

| FILING BASIS | Section 1(a) |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 05/11/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/27/2011 |
| **STATEMENT TYPE** | **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPU0-6481165185-192700116_._cms-1.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT11\IMAGEOUT11\854\373\85437309\xml4\ROA0002.JPG |
| **ORIGINAL PDF FILE** | SPU0-6481165185-192700116_._cms-3.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT11\IMAGEOUT11\854\373\85437309\xml4\ROA0003.JPG |
| **SPECIMEN DESCRIPTION** | The specimens show a screen grabs from the web site. One image shows the 'dashboard' of the application, where users can navigate to the various sub sections; settings, app creator or share. The second image shows the 'app creator' where users can create screens and upload or add photos, video and text and other information. |

## ADDITIONAL STATEMENTS SECTION

| **MISCELLANEOUS STATEMENT** | Please delete existing mark description and use this below instead: "The colors dark green, light green, and gray are claimed as a feature of the mark"; and "the mark consists of the wording "APPAFOLIO" with the letters "APP" and the left side of the second letter "A" in light green, the right side of the second letter "A" in dark green, and the letters "FOLIO" in gray. The background of the entire mark is translucent" |

## SIGNATURE SECTION

| **DECLARATION SIGNATURE** | /Brent Brookler/ |
|---|---|
| **SIGNATORY'S NAME** | Brent Brookler |
| **SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE** | 2066505170 |

| NUMBER | |
|---|---|
| DATE SIGNED | 02/01/2012 |
| RESPONSE SIGNATURE | /Brent Brookler/ |
| SIGNATORY'S NAME | Brent Brookler |
| SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 2066505170 |
| DATE SIGNED | 02/01/2012 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Feb 01 20:10:08 EST 2012 |
| TEAS STAMP | USPTO/ROA-64.81.165.185-2 0120201201008774851-85437 309-490324d42c4363cda3b66 a11226bbd6958-N/A-N/A-201 20201192700116969 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action
# To the Commissioner for Trademarks:

Application serial no. **85437309** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
Current: Class 009 for Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the

identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 05/11/2011 and first used in commerce at least as early as 05/27/2011, and is now in use in such commerce.

**Proposed:** Class 009 for Computer hardware and computer software programs for the integration of text, audio, graphics, still images and moving pictures into an interactive delivery for multimedia applications; Computer hardware for communicating audio, video and data between computers via a global computer network, wide-area computer networks, and peer-to-peer computer networks; Computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; Computer software platforms for building mobile applications that integrate content and other application features; Computer software that provides web-based access to applications and services through a web operating system or portal interface

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 05/11/2011 and first used in commerce at least as early as 05/27/2011, and is now in use in such commerce.

Applicant hereby submits a new specimen for Class 009. The specimen(s) submitted consists of The specimens show a screen grabs from the web site. One image shows the 'dashboard' of the application, where users can navigate to the various sub sections; settings, app creator or share. The second image shows the 'app creator' where users can create screens and upload or add photos, video and text and other information..

**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce]* **OR "The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].*

**Original PDF file:**
SPU0-6481165185-192700116__. cms-1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPU0-6481165185-192700116__. cms-3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

## ADDITIONAL STATEMENTS
**Miscellaneous Statement**
Please delete existing mark description and use this below instead: "The colors dark green, light green, and gray are claimed as a feature of the mark"; and "the mark consists of the wording "APPAFOLIO" with the letters "APP" and the left side of the second letter "A" in light green, the right side of the second letter "A" in dark green, and the letters "FOLIO" in gray. The background of the entire mark is translucent"

## SIGNATURE(S)
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has

had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F. R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R. Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 2.44. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Brent Brookler/    Date: 02/01/2012
Signatory's Name: Brent Brookler
Signatory's Position: President
Signatory's Phone Number: 2066505170

**Response Signature**
Signature: /Brent Brookler/    Date: 02/01/2012
Signatory's Name: Brent Brookler
Signatory's Position: President

Signatory's Phone Number: 2066505170

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 85437309
Internet Transmission Date: Wed Feb 01 20:10:08 EST 2012
TEAS Stamp: USPTO/ROA-64.81.165.185-2012020120100877
4851-85437309-490324d42c4363cda3b66a1122
6bbd6958-N/A-N/A-20120201192700116969





| | |
|---|---|
| **To:** | Treemo, Inc. (brent@treemolabs.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85437309 - APPAFOLIO - N/A |
| **Sent:** | 1/23/2012 3:51:24 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85437309

**MARK:** APPAFOLIO

# *85437309*

**CORRESPONDENT ADDRESS:**
TREEMO, INC.
TREEMO, INC.
101 YESLER WAY STE 207
SEATTLE, WA 98104-2595

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:**      Treemo, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
N/A

**CORRESPONDENT E-MAIL ADDRESS:**
brent@treemolabs.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 1/23/2012**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

<u>No Conflicting Marks Noted</u>

The Office records have been searched and there are no similar registered or pending marks that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

Mark does not Function as a Trademark: Improper Specimen of Use for Goods

The Examining Attorney refuses registration because the proposed mark does not function as a trademark. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127.  The proposed mark neither identifies and distinguishes the goods of the applicant from those of others nor indicates their source.  *In Re Remington Products Inc.*, 3 USPQ2d 1714 (TTAB 1987).  TMEP §§1202 *et seq*.  Please note that the proposed mark does not function as a trademark because the specimen submitted with the application is unacceptable as evidence of actual trademark use; therefore, the proposed mark cannot identify and distinguish the applicant's goods from those of others nor indicate their source.

The specimen is unacceptable as evidence of actual trademark use because **it is merely on-line advertising for the product.**  Invoices, announcements, order forms, bills of lading, leaflets, brochures, publicity releases and other advertising material generally are not acceptable specimens.  *In re Bright of America, Inc.*, 205 USPQ 63 (TTAB 1979); TMEP §§904.05 and 904.07.  *See In re Ultraflight Inc.*, 221 USPQ 903 (TTAB 1984).

Accordingly, the applicant must submit a specimen showing the mark as it is used in commerce.  37 C.F.R. § 2.56.  Examples of acceptable specimens are tags, labels, containers, and photographs that show the mark on the goods or packaging.  TMEP §§904.04 *et seq*.  The applicant must verify, with an affidavit or a declaration under 37 C.F.R. §2.20, that the substitute specimen was in use in commerce prior to the filing of the application.  37 C.F.R. §2.59(a); TMEP § 904.09.

If an amendment of the dates-of-use clause is necessary in order to state the correct dates of first use, the applicant must verify the amendment with an affidavit or a declaration in accordance with 37 C.F.R. §2.20.  37 C.F.R. §2.71(c); TMEP §903.05.

Pending an adequate response to the above, the examining attorney refuses registration under Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127, because the record does not show use of the proposed mark as a trademark.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

Supplemental Register Not Necessary

Applicant has applied for registration of its mark on the Supplemental Register.  However, applicant's mark is eligible for registration on the Principal Register.  A mark that is clearly eligible for the Principal Register may not be registered on the Supplemental Register.  *Daggett & Ramsdell, Inc. v. I. Posner, Inc.*, 115 USPQ 96 (Comm'r Pats. 1957); TMEP §815.01.  Applicant must amend the application to the Principal Register.

Pending a proper response, registration on the Supplemental Register is refused because the mark is eligible for registration on the Principal Register.  15 U.S.C. §1091(a).

Drawing—Color Claim Disagrees With Drawing

Applicant must submit either (1) a corrected color claim and/or description that agree with the colors depicted in the drawing of the mark, or (2) a color drawing that agrees with the color claim and description.  37 C.F.R. 37 C.F.R. §2.52(b)(1).  The drawing and color claim and description must all

agree.

The following color claim and/or description format is suggested:

"The colors dark green, light green, and gray are claimed as a feature of the mark;" and "the mark consists of the wording "APPAFOLIO" with the letters "APP" and the left side of the second letter "A" in light green, the right side of the second letter "A" in dark green, and the letters "FOLIO" in gray.   The background of the entire mark is translucent".

37 C.F.R. §2.52(b)(1).

Common color names should be used to describe the colors in the mark, e.g., red, yellow, blue.  Exam Guide 01-03, section I.B.1.

<u>Procedure To Respond</u>

Applicant should include the following information on all correspondence with the Office:  (1) the name and law office number of the trademark examining attorney, (2) the serial number and filing date of the application, (3) the mailing date of this Office action, (4) applicant's name, address, telephone number and e-mail address (if applicable), and (5) the mark.  37 C.F.R. §2.194(b)(1); TMEP §302.03(a).

No set form is required for response to this Office action.  The applicant must respond to each point raised.  The applicant should simply set forth the required changes or statements and request that the Office enter them.  The applicant must sign the response.  In addition to the identifying information required at the beginning of this letter, the applicant should provide a telephone number to speed up further processing.

The applicant may wish to hire a trademark attorney because of the technicalities involved in the application.  The Patent and Trademark Office cannot aid in the selection of an attorney.

In all correspondence to the Patent and Trademark Office, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.

The following authorities govern the processing of trademark and service mark applications:  The Trademark Act, 15 U.S.C. Section 1051 *et seq*., the Trademark Rules of Practice, 37 C.F.R. Part 2, and the *Trademark Manual of Examining Procedure* (TMEP).

"TMEP" refers to the Trademark Manual of Examining Procedure (3d ed. rev 2 April 2003), available by subscription from the Superintendent of Documents, U.S. Government Printing Office, P.O. Box 371954, Pittsburgh, PA 15250-7954.  The stock number is 903-010-00000-2.  The price is $44.00 ($55.00 for foreign mailing).  Orders may also be placed, using MASTERCARD® or VISA®, by calling (202) 512-1800.  The TMEP is also available on the PTO's home page at www.uspto.gov.

If the applicant is not submitting a fee with the response, the applicant should include the following in the mailing address to ensure proper handling:  1) the words "Box 5" and 2) the law office number of the assigned examining attorney.

<u>Status Check</u>

To check status information, please use either http://tarr.uspto.gov, or call 703-305-8747 (Monday-Friday, 6:30 a.m. to 12 midnight, EST). If additional information regarding the status of an application or registration is required, callers may telephone the Trademark Assistance Center (TAC) at (703) 308-9000 or (800) 786-9199 and request a status check. TAC is open from 8:30 a.m. to 5:00 p.m. Eastern Standard Time, Monday through Friday, except on holidays.

Copies of Documents

The applicant may view and download any or all documents contained in the electronic file wrapper of all pending trademark applications, as well as many registrations via the Trademark Document Retrieval (TDR) system available online at: http://portal.uspto.gov/external/portal/tow. Currently, you can access all pending applications and all Madrid Protocol filings, and also many registrations, via TDR. The USPTO is in the process of converting all remaining registrations into a digital format, to permit future TDR access. This conversion process is expected to take several years.

Downloads are converted into PDF format and may be viewed with any PDF viewer, including the free Adobe Reader.

/James Ringle/
Trademark Attorney
Law Office 111
571-272-9393
jim.ringle@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/. Please keep a copy of the complete TARR screen. If TARR shows no change for more than six months, call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at
http://www.uspto.gov/teas/eTEASpageE.htm.

| | |
|---|---|
| **To:** | Treemo, Inc. (brent@treemolabs.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85437309 - APPAFOLIO - N/A |
| **Sent:** | 1/23/2012 3:51:26 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 85437309) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office Action") on 1/23/2012 to which you must respond. Please follow these steps:**

**1.    Read** the Office letter by clicking on this **link** **OR** go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to **access** the Office letter.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Respond** within 6 months, calculated from **1/23/2012** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System **Response** **to** **Office** **Action** **form.** If you have difficulty using the USPTO website, contact TDR@uspto.gov.

**3. Contact** the examining attorney who reviewed your application with any questions about the content of the office letter:

/James Ringle/
Trademark Attorney
Law Office 111
571-272-9393
jim.ringle@uspto.gov

## WARNING

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**
**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, please use the Trademark Electronic Application System Response to Office Action form.**