**EXHIBIT D**



Products   Take a tour   Pricing   Sign up   Login

# Interactive folios for iPad, iPhone, Android & Kindle Fire

Create brochures, presentations, catalogs, and portfolios. No coding required.



Build native folios for iPad, iPhone, Android devices and Kindle Fire easily with our innovative web tool. No programming required. Just upload your photos and videos to create a folio that is made for you, your brand and the message you want to convey.

**Sign up it's Free**

 


## Types of Folios



### Catalog
Share your products with a bigger audience
View More >



### Portfolio
Share your talents with the world with Appsfolio
View More >



### Brochure
Leave an impression of your product & brand
View More >

## Features

### 100% Native Apps
Super responsive and superior user experience without any HTML5

### Publish an App
Turn your folio into an App available to download in the App Store

### Analytics
See the data behind what users are viewing in your folio

### Cloud Connected
Your content syncs in the cloud & allows your folio to update automatically

## Press

GeekWire    𝔇|All Things Digital.    TC TechCrunch

## Reviews

★★★★★ 

The updates continue to get more and more faster. And adding more features. Good stuff!
- Brand @

★★★★☆ 

One of the nicest idea goes apps I have worked with great interface, user friendly and functional. Everything's beautiful, designed and intuitive.
- The Indigo

★★★★☆ 

Great app is anyone started with creating a video or gallery related app. Thanks Appsfolio
- Soccer Daddy

★★★☆☆ 

If you are artistic, you can create an excellent application from this software. Easy to use and off to a great start.
- Ric Williams



   

   Take a tour

Overview   Products   Pricing   FAQ   Contact   Sign up   Login





**iTunes** Preview

What's New     What is iTunes     What's on iTunes     iTunes Charts     How To

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app Appafolio by Treemo Labs, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.



**Free Download ⊙**

## Appafolio

View More By This Developer

### By Treemo Labs

Open iTunes to buy and download apps.



**View In iTunes**

♻ This app is designed for both iPhone and iPad

**Free**

Category: Business
Updated: Oct 03, 2012
Version: 1.4.1
Size: 17.5 MB
Language: English
Seller: Treemo Inc
© 2012 Treemo Labs
Rated 4+

**Requirements:** Compatible with iPhone, iPod touch, and iPad. Requires iOS 4.0 or later.

### Customer Ratings

We have not received enough ratings to display an average for the current version of this application.

All Versions:
★★★★½ 34 Ratings

### More by Treemo Labs



Foreigner – Live in Chicago
View In iTunes ›



Accessory Artists
View In iTunes ›

### Description

Appafolio enables anyone to create interactive iPad and iPhone presentations and portfolios with no coding required that work off line. Create amazing iPad and iPhone portfolios, presentations, brochures or catalogs on Appafolio.com or try our 'App Creator' right from the iPad version. Show your Appafolio anytime, anywhere.

Treemo Labs Web Site ›    Appafolio Support ›                                   ...More

### What's New in Version 1.4.1

- Fixed some crash issues that would occur in relation to the new image caching system.
- Short URL sharing – appafol.io: passphrase – improvements. When sharing with the http://appafol.io: passphrase – auto opens to your shared Folio

### Screenshots

iPhone | iPad





### Customer Reviews

Want So much better! ★★★★★
by Brent Brockler

This updates continue to make Appafolio more stable and faster. And adding more features. The new look is so much cleaner and more organized. Great update!

### Customers Also Bought



Google play

SHOP

MY MUSIC    MY BOOKS    MY MAGAZINES    MY MOVIES & TV    MY ANDROID APPS




**Appafolio**
Treemo Labs

★ ★ ★ ★ ★ (6)

INSTALL

OVERVIEW

## Users who viewed this also viewed



**KakaoTalk Free Calls & Text**
★ ★ ★ ★ ★ (984,213)
Free



**Cozi Family Calendar & Lists**
★ ★ ★ ★ ★ (6,431)
Free



**Skype - free IM & video calls**
★ ★ ★ ★ ★ (721,147)
Free



**FreeNote, note everything**
★ ★ ★ ★ ★ (4,547)
Free

## Users who installed this also installed



**Tablet Market Pro**
★ ★ ★ ★ ★ (44)
$1.49



**Heads or Tails**
★ ★ ★ ★ ★ (23)
$0.99



**Groovy Notes for Tablets**
★ ★ ★ ★ ★ (120)
$4.99

**PasswordMaker Pro**
★ ★ ★ ★ ★ (18)
Free

## Description

Create and view interactive brochures, presentations, catalogs and portfolios. Appafolio enables anyone to create interactive folios with no coding required that work offline. Show your Appafolio anytime, anywhere. No need to bring a laptop or paper to present your ideas, work or products any more.

As seen in TechCrunch, AllThingsD, Professional Photographer and more.

Customize your own presentation with photo galleries, slideshows, videos, text and personalized designs. Arrange sections of ideas and lay them out. Enlarge your images and

MORE

Visit Developer's Website    Email Developer    Privacy Policy

## App Screenshots



>

## User Reviews   Write a Review »

| | Average rating |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | 1 |
| 1 star | 1 |

Average rating

3.8

6

**Chris** - September 21, 2012 - Motoria's Droid X with version
★ ★ ★ ★ ★  Cool

**Steven** - August 15, 2012 - Samsung Galaxy Nexus with version
★ ★ ★ ★ ★  Nice

Finally found a user friendly portfolio creator for my band to advertise itself in the mobile world