Douglas Hahn SBN 257559 | Salil Bali SBN 263001
Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: (949) 725-4000 | Fax: (949) 725-4100
Attorneys for Plaintiff, AppFolio, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AppFolio, Inc., a Delaware corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>Treemo, Inc., a Delaware corporation and Does 1 through 10 inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br>**CV 12 - 08820 PA (MANx)**<br><br>SUMMONS |

TO:   DEFENDANT(S):

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Douglas Hahn | Salil Bali_____, whose address is _660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  OCT 15 2012

By: ___LORI WAGERS___
   Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].