| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| DOUG Q. HAHN (SBN #257559) |
| SALIL BALI (SBN #263001) |
| STRADLING YOCCA CARLSON & RAUTH |
| 660 Newport Center Drive, Suite 1600 |
| Newport Beach, CA 92660-6422 |
| Tel: (949) 725-4000 |
| Fax: (949) 725-4100 |
| ATTORNEYS FOR: AppFolio, Inc. |

FILED
2012 OCT 15 PM 2:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AppFolio, Inc., a Delaware corporation<br><br>                                Plaintiff(s),<br>v.<br><br>Treemo, Inc., a Delaware corporation<br><br>                                Defendant(s) | CASE NUMBER:<br><br>**CV 12 - 08820 PA (MANx)**<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, AppFolio, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| AppFolio, Inc. | Plaintiff |
| Treemo, Inc. | Defendant |

October 15, 2012
Date

Sign _/s/ Douglas Q. Hahn_
Douglas Q. Hahn

Attorney of record for or party appearing in pro per

CV-30 (04/10)        NOTICE OF INTERESTED PARTIES        American LegalNet, Inc.
www.FormsWorkFlow.com