| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| DOUGLAS Q. HAHN, ESQ., Bar #257559<br>STRADLING YOCCA CARLSON & RAUTH<br>660 NEWPORT CENTER DRIVE<br>SUITE 1600<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 725-4000   FAX No: (949) 725-4100 | |
| Ref. No. or File No.: 100382.0000 | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: APPFOLIO, INC.
Defendant: TREEMO, INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-08820 PA (MANx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint For Trademark Infringement, Unfair Competition And Cyberpiracy; Demand For Jury Trial; Civil Cover Sheet; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice Of Assignment To United States Magistrate Judge For Discovery; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements; New Civil Actions; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr)

3. a. Party served: TREEMO, INC., a Delaware corporation
   b. Person served: ANDREW SIMMONS, VICE PRESIDENT
   (White, Male, 6 Feet 2 Inches, Slim Build)

4. Address where the party was served: 101 YESLER WAY
   SUITE 207
   SEATTLE, WA 98104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Oct. 16, 2012 (2) at: 4:13PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: TREEMO, INC., a Delaware corporation
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOE WUOLLET
   b. Service Provided for:
      NATIONWIDE LEGAL LLC
      820 N. PARTON STREET (L.A. 6771)
      SANTA ANA, CA 92701
   c. (714) 558-2400
   d. *The Fee for Service was:* $275.00
   e. I am: not a registered California process server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Oct. 22, 2012

   Judicial Council Form POS-010        PROOF OF SERVICE        (JOE WUOLLET)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                     2402326  .douhah.203867